7/23 11 AM

Weiner
Rachel
Jeff Bader

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MELISSA ROSA,

               Plaintiff,

  -v-

JENNIFER LUXENBERG,

               Defendant.
----------------------------------------X

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

08 Civ. 5459 (JSR)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action is hereby discontinued, without prejudice and without costs to any party and that this stipulation shall be filed with the Clerk of the Court without further notice. *Plaintiff agrees not to recommence the action in Bronx County.*

Dated New York, New York
      July 3, 2008

PAULA M. SCIBILIA, Esq.
BADER YAKAITIS &
NONNENMACHER, LLP
Attorneys for Plaintiff
MELESSA A. ROSA
Empire State Building
350 Fifth Avenue
Suite 7210
New York, New York 10118
(212) 465-1110
Our File: 031407

KEVIN THOMAS CONKLIN
MEAD, HECHT, CONKLIN &
GALLAGHER, LLP
Attorneys for Defendant
JENNIFER LUXENBERG
109 Spencer Place
Mamaroneck, New York 10453
(914) 899-3100
File No.: 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

SO ORDERED

*[signature]*
JSDJ
7-22-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-23-08